IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANTHONY VIGIL and<br>LORI VIGIL,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>WASTE CONNECTIONS, INC.,<br><br>　　　　　　Defendant. | 8:15CV112<br><br>ORDER |

　　The courts records show the Office of the Clerk of Court sent a letter on April 9, 2015 (Filing No. 16) to:　Anthony S. Petru

　　　　　　HILDEBRAND, MCLEOD LAW FIRM
　　　　　　350 Frank H. Ogawa Plaza
　　　　　　4th Floor
　　　　　　Oakland, CA 94612-2006

The letter directed the attorney to register in compliance with the local rules, within fifteen days, for admission to practice in this court and for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System (System).  **See** NEGenR 1.3 and NEGenR 1.7.  As of the close of business on June 10, 2015, the attorney has not complied with the request set forth in the notice from the Office of the Clerk.

　　**IT IS ORDERED:**

　　**On or before June 29, 2015**, attorney Anthony S. Petru, shall pay the assessment or show cause by written affidavit why he cannot comply with the rules of the court.  Failure to comply with this order will result in the court removing Mr. Petru as counsel of record for the plaintiffs.

　　Dated this 11th day of June, 2015.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　 s/ Thomas D. Thalken
　　　　　　　　　　　　　　　　　　United States Magistrate Judge