IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ANTHONY VIGIL, et al.,**<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>**WASTE CONNECTIONS, INC., et al.,**<br><br>　　　　　Defendants. | 8:15CV112<br><br>ORDER |

The courts records show the Office of the Clerk of Court sent a letter on May 4, 2015 (Filing No. 29) to attorney Jayson D. Nelson, by electronic filing. The letter directed the attorney to pay the 2015/2016 biennial attorney assessment fee, as required by NEGenR 1.7(h), within fifteen days. A second reminder was sent on May 29, 2015. **See** Filing No. 32. As of the close of business on August 20, 2015, the attorney has not complied with the request set forth in the letter from the Office of the Clerk.

**IT IS ORDERED:**

**On or before September 4, 2015**, attorney Jayson D. Nelson shall pay the assessment or show cause by written affidavit why he cannot comply with the rules of the court. Failure to comply with this order will result in the court removing Mr. Nelson as counsel of record for the plaintiffs.

Dated this 21st day of August, 2015.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　 s/ Thomas D. Thalken
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge