IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANTHONY VIGIL and LORI VIGIL, | ) | CASE NO. 8:15-cv-0112 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | ORDER OF DISMISSAL |
| v. | ) | |
| | ) | |
| WASTE CONNECTIONS OF | ) | |
| NEBRASKA, INC., D/B/A | ) | |
| SCHABEN SANITATION, | ) | |
| | ) | |
| Defendant. | ) | |

This cause came to the attention of the Court upon the Stipulation for Dismissal filed herein by the parties, providing for the dismissal with prejudice of the causes of action contained in plaintiff's Complaint filed herein; and the Court, considering the files herein and being duly advised, finds that said Stipulation for Dismissal should be allowed.

IT IS, THEREFORE, CONSIDERED, ORDERED AND ADJUDGED that all causes of action contained in the Complaint filed herein are dismissed with prejudice as to the bringing of a future action.

Dated this 12th day of August, 2016.

BY THE COURT:

___s/ Joseph F. Bataillon_____
Joseph F. Bataillon
Senior United States District Judge

Prepared By:
Robert W. Shively, #18166
Shively & Lannin, P.C., L.L.O.
4400 South 86th Street, Suite 100
Lincoln, NE  68526